# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Quad Int'l, Inc.
                    Plaintiff,

v.                                      Case No.: 1:12–cv–08416
                                      Honorable Samuel Der–Yeghiayan

John Doe
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 8, 2012:

      MINUTE entry before Honorable Samuel Der–Yeghiayan: Motion hearing held. Plaintiff for leave to take discovery Prior to the Rule 26(f) Conference [4] is granted. Initial status hearing set for 01/30/13 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.